IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE VANCE ) | CASE NO.: 23-cv-1626 | |
| Plaintiff, ) | | |
| vs. ) | | |
| COMMISSIONER OF THE ) SOCIAL SECURITY ) ADMINISTRATION, ) | **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** | |
| Defendant. ) | | |

So Ordered.
/s/ Patricia A. Gaughan
12/6/23

Plaintiff, Ronnie Vance, and Defendant, the Commissioner of the Social Security Administration, by and through their respective counsel, hereby give notice of their Joint Notice of Voluntary Dismissal of Plaintiff's Complaint, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This dismissal is without prejudice; costs to be borne by Plaintiff.

WHEREFORE, the parties to this action pray this Court will dismiss Plaintiff's Complaint without prejudice.

Respectfully submitted,

s/ Rachel C. Wilson
Rachel C. Wilson (#0068168)
Attorney for Plaintiff